## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    NO. 4:07CR00304-001  SWW

JOHN PATRICK MACK

**ORDER**

Before the Court are the government's motions for revocation of the conditions of supervised release [docs #46 & #49] previously granted the above defendant in this matter.

A hearing was previously scheduled for January 11, 2013 at 1:00 p.m. The Court has been advised of new information by the U. S. Probation Office and finds that the hearing should be rescheduled to commence at ***9:30 a.m. on FRIDAY, DECEMBER 7, 2012, in Courtroom #389***, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

The U. S. Probation Office and the defense counsel are directed to contact defendant, John Patrick Mack, and notify him of the rescheduling of the hearing.

IT IS SO ORDERED this 4th day of December 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE