IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:07CR00304-001 SWW

JOHN PATRICK MACK

**ORDER**

The above entitled cause came on for hearing on the government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based on the admissions of the defendant, the Court found that the defendant has violated the conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

1. The defendant shall serve a period of ***SIXTY (60) DAYS*** in a community confinement center under the guidance and supervision of the U. S. Probation Office.

2. Until placement in the designated community confinement center Defendant shall be placed on home detention with location monitoring under the guidance and supervision of the U. S. Probation Office.

3. The defendant shall remain detained until the land line telephone has been installed in the home where he resides and location monitoring has been effectuated or until placement in a community confinement center.

All other conditions of defendant's probation previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS FURTHER ORDERED that the government's petitions to revoke defendant's probation [docs #46, #49, #59, #64] are ***DENIED*** without prejudice.

DATED this 13th day of December 2012.

/s/Susan Webber Wright
United States District Judge